JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>1240 YALE, LLC, et al.<br><br>Defendants. | Case No.: CV 17-793 DSF (PJWx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, plaintiffs not having timely responded, and plaintiffs having failed to appear at the hearing on the Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to 28 U.S.C. § 1920.

Dated: 6/28/17

_____
Dale S. Fischer
United States District Judge